**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Erika Lynn Roth<br>Debtor, | Chapter: 7<br>Case No: 12–11753<br>Judge Joan N. Feeney |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hereby **ORDERED** that Mark G. DeGiacomo, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date: 6/8/12                                                                                  By the Court,

                                                                                              Joan N. Feeney
                                                                                              U.S. Bankruptcy Judge